LANGLEY KREUZE, SBN: 254739
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| ALECIA ROCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:18-cv-00201-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

　　　　Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

　　　　Plaintiff shall file her Motion for Summary Judgment/Remand on or before July 25, 2018.

　　　　SO ORDERED.

DATED: June 22, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE