1  McGREGOR W. SCOTT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SHARON LAHEY (CBSN 263027)
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
6  San Francisco, California 94105
   Telephone: (415) 977-8963
7  Facsimile (415) 744-0134
   E-Mail: sharon.lahey@ssa.com
8
9  Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALECIA ROCK, ) | CIVIL NO. 2:18-cv-00201-AC (SS) |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | FOR DEFENDANT'S FIRST EXTENSION |
| vs. ) | OF TIME TO RESPOND TO PLAINTIFF'S |
| ) | MOTION FOR SUMMARY JUDGMENT |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by and between Alecia Rock ("Plaintiff") and Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Defendant shall have an extension of time of 45 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions. The current deadline is August 24, 2018, and the new deadline would be October 8, 2018. Any reply thereto would be due on or before October 29, 2018. This is the second extension of time requested in the above-captioned matter, and it Defendant's first extension of time requested.

Defendant requests this additional time because she is will be out of the office on unanticipated leave and requires additional time to adequately address the issues Plaintiff raises in her motion for summary judgment. The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date: August 20, 2018            CERNEY KREUZE & LOTT, LLP

By: /s/ *Langley Ellen Kreuze**
LANGLEY ELLEN KREUZE
Attorneys for the Plaintiff
(*Authorized by email on August 20, 2018)

Date: August 20, 2018            McGREGOR W. SCOTT
Acting United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

## **ORDER**

Pursuant to stipulation, good cause appearing, IT IS SO ORDERED. Defendant shall respond to Plaintiff's motion for summary judgment and/or to file any cross-motions on or before October 8, 2018. Any reply shall be due on or before October 29, 2018.

DATED: August 21, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE